

NOTE CHANGES MADE BY THE COURT

**FILED**
CLERK, U.S. DISTRICT COURT
2/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUVINA FLORES, an Individual, | CASE NO: 19-CV-10698-JAK-MRW |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| OLYMPUS AMERICA, INC., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS MEDICAL SYSTEM CORPORATION, VINCENT J. HERNANDEZ, ERIC ARABIT, KATRINA RESPICIO, CUSTOM ULTRASONICS, INC., REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 20 inclusive, | |
| Defendants. | |

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

After considering Parties' Notice of Settlement of Entire Case and Joint Stipulation and good cause appearing:

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice, and all dates and deadlines governing this Action are vacated.

IT IS FURTHER ORDERED THAT the Court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order; provided, however, any request by any party(ies) that the Court do so, shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party(ies) making such a request reasonably expect the process to be concluded. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require the approval of the Court. Such a stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

DATED: February 18, 2020

John A. Kronstadt
United States District Judge